In the Matter of the Claim of BERTHA CARTER, on Behalf of Herself and Minor Children, Respondent, against TOWN OF COXSACKIE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ., concur.